IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| ALLERGAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., APOTEX, INC., APOTEX CORP., AKORN, INC., MYLAN PHARMACEUTICALS, INC., and MYLAN, INC. <br><br> Defendants. | Civil Action No. 2:15-cv-1455-JRG <br><br> JURY TRIAL DEMANDED |
|---|---|

## ORDER

Before the Court is Plaintiff Allergan, Inc.'s and Defendants Teva Pharmaceutical USA, Inc. and Teva Pharmaceutical Industries Ltd.'s joint motion to dismiss without prejudice Teva Pharmaceutical Industries Ltd. from this action. (Dkt. No. 27) The Joint Motion is GRANTED and the case caption should be amended to read as follows: "Allergan, Inc. v. Teva Pharmaceuticals USA, Inc., Apotex, Inc., Apotex Corp., Akorn, Inc., Mylan Pharmaceuticals, Inc., and Mylan, Inc., Civil Action No. 2:15-cv-1455-JRG."

So ORDERED and SIGNED this 13th day of October, 2015.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE