**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ALLERGAN, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br>APOTEX, INC., APOTEX CORP., AKORN,<br>INC., MYLAN PHARMACEUTICALS, INC.,<br>and MYLAN, INC.,<br><br>                    Defendants. | Civil Action No. 2:15-cv-1455-WCB<br><br>LEAD CASE |

**DEFENDANTS' NOTICE OF COMPLIANCE REGARDING
REBUTTAL EXPERT REPORTS**

Defendants Famy Care Limited, Mylan Pharmaceuticals, Inc., Mylan, Inc., Teva

Pharmaceuticals USA, Inc., Akorn, Inc., and InnoPharma, Inc., hereby provide notice that on

May 2, 2017, they served the Rebuttal Expert Reports of Nicholas M. Fleisher and Andrew F.

Calman, M.D., Ph.D. via email upon Plaintiff's counsel on May 2, 2017.

Dated:  May 3, 2017

By: /s/ Melissa R. Smith
Melissa Smith
Gillam & Smith LLP
303 S. Washington Ave.
Marshall, Texas  75670
Tel.  903.934.8450
Fax  903.934.9257
melissa@gillamsmithlaw.com

Douglas Carsten
Wendy Devine
Christina Dashe
Wilson Sonsini Goodrich & Rosati
12235 El Camino Real Suite 200
San Diego, CA 92130-3002
Phone: (858) 350-2300
Fax: (858) 350-2399
dcarsten@wsgr.com
wdevine@wsgr.com
cdashe@wsgr.com

Anna Phillips
Texas State Bar No. 24090329
Wilson Sonsini Goodrich & Rosati
900 S. Capital of Texas Highway
Las Cimas IV, 5th Floor
Austin, TX 78746
Phone: (512) 338-5400
Fax: (512) 338-5499
anphillips@wsgr.com

**COUNSEL FOR DEFENDANTS
MYLAN PHARMACEUTICALS
INC. AND MYLAN INC.**

/s/ Azadeh Kokabi
Michael R. Dzwonczyk
Mark Boland
Azadeh Kokabi
SUGHRUE MION, PLLC
2100 Pennsylvania Ave., N.W.
Washington, DC 20037
(202) 293-7060
mdzwonczyk@sughrue.com

mboland@sughrue.com
akokabi@sughrue.com
E. Glenn Thames, Jr.
(Texas State Bar No. 00785097)
glennthames@potterminton.com
POTTERMINTON
A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, TX 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

**COUNSEL FOR DEFENDANT
AKORN, INC.**


*/s/ Joseph E. Cwik*
Joseph E. Cwik (*Pro Hac Vice*)
Shashank S. Upadhye (*Pro Hac Vice*)
AMIN TALATI &UPADHYE, LLC
100 South Wacker Drive, Suite 2000
Chicago, Illinois 60606
Telephone: 312-466-1033
Fascimile: 312-884-7352
joe@amintalati.com
shashank@amintalati.com

Jennifer P. Ainsworth
WILSON, ROBERTSON & CORNELIUS, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: 903-509-5001
Fascimile: 903-509-5091
jainsworth@wilsonlawfirm.com

**COUNSEL FOR DEFENDANT
INNOPHARMA, INC.**


*/s/ J.C. Rozendaal*
J.C. Rozendaal (*pro hac vice*)
Michael E. Joffre (*pro hac vice*)
Miles J. Sweet (*pro hac vice*)
KELLOGG, HUBER, HANSEN, TODD,
EVANS &FIGEL, P.L.L.C.

1615 M Street NW, Suite 400
Washington, DC 20036
(202) 326-7900
(202) 326-7999 (fax)
jrozendaal@khhte.com
mjoffre@khhte.com
msweet@khhte.com
Louis B. ("Brady") Paddock
Texas Bar No. 00791394
NIX, PATTERSON &ROACH, L.L.P.
2900 St. Michael Drive, Ste. 500
Texarkana, TX 75503
(903) 223-3999
(903) 223-8520 (fax)
bpaddock@nixlawfirm.com

**_COUNSEL FOR DEFENDANT_**
**_TEVA PHARMACEUTICALS USA,_**
**_INC._**


_/s/ Eric H. Findlay_
Eric H. Findlay
Walter W. Lackey, Jr.
FINDLAY CRAFT, P.C.
102 N. College Avenue, Suite 900
Tyler, TX 75702
(903) 534-1100 (telephone)
(903) 534-1137 (facsimile)
efindlay@findlaycraft.com
wlackey@findlaycraft.com

William A. Rakoczy
Paul J. Molino
Peter J. Curtin
John D. Polivick
Kevin P. Burke
Patrick N. Abbott
RAKOCZY MOLINO MAZZOCHI SIWIK
LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
(312) 527-2157

_Attorneys for Defendant Famy Care Limited_

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 3rd day of May, 2017, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).


*/s/ Melissa R. Smith*
Melissa Smith