IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ALLERGAN, INC.,**<br><br>  **Plaintiff,**<br><br>v.<br><br>**TEVA PHARMACEUTICALS USA, INC.,** et al.,<br><br>  **Defendants.** | Civil Action No. 2:15-cv-1455-WCB<br><br>LEAD CASE<br><br>JURY TRIAL DEMANDED |

### ALLERGAN, INC.'S NOTICE OF COMPLIANCE
### REGARDING REBUTTAL EXPERT REPORTS

Allergan, Inc. hereby provides notice that on May 2, 2017 it served the Rebuttal Expert Reports of Thorsteinn Loftsson, Ph.D.; Robert S. Maness, Ph.D.; Dr. Stephen Pflugfelder, M.D.; Dr. Henry Perry, M.D.; and Timothy L. Macdonald, PhD via email upon Defendants Teva Pharmaceuticals USA, Inc., Akorn, Inc., Mylan Inc., Mylan Pharmaceuticals, Inc., Famy Care Limited, and InnoPharma, Inc.

Dated: May 3, 2017

By:  */s/ J. Wesley Samples*
Jonathan E. Singer
(CA Bar No. 187908)
LEAD ATTORNEY
singer@fr.com
Juanita R. Brooks (CA Bar No. 75934)
brooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile: 858-678-5099

Michael J. Kane (MN Bar No. 0247625)
kane@fr.com

1

Deanna J. Reichel (MN Bar No. 0326513)
reichel@fr.com
Joseph A. Herriges (MN Bar No. 390350)
herriges@fr.com
60 South Sixth Street, #3200
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Douglas E. McCann (DE Bar No. 3852)
dmccann@fr.com
Susan E. Morrison (DE Bar No. 4690)
morrison@fr.com
Robert M. Oakes (DE Bar No. 5217)
oakes@fr.com
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

J. Wesley Samples (OR Bar No. 121784)
samples@fr.com
901 15th Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

T. John Ward, Jr.
State Bar No. 00794818
E-mail: jw@wsfirm.com
Wesley Hill
State Bar No. 24032294
E-mail: wh@wsfirm.com
Claire Abernathy Henry
State Bar No. 24053063
E-mail: claire@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**COUNSEL FOR PLAINTIFF
ALLERGAN, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on May 3, 2017.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

By:  /s/ *J. Wesley Samples*
J. Wesley Samples