IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ALLERGAN, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., ET AL., <br><br> *Defendants.* | Civil Action No. 2:15-cv-1455-WCB <br><br> LEAD CASE |

**ADDITIONAL ATTACHMENTS TO DEFENDANTS' MOTION TO
DISMISS FOR LACK OF STANDING OR, IN THE ALTERNATIVE,
FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 102(f)**

Defendants hereby submit the following exhibits as additional attachments to Defendants' Motion to Dismiss for Lack of Standing or, in the Alternative, for Summary Judgment of Invalidity Under U.S.C. § 102(f).

| Exhibit 2 | U.S. Patent No. 4,839,342 |
|---|---|
| Exhibit 3 | U.S. Patent No. 5,474,979 |
| Exhibit 5 | U.S. Patent No. 8,629,111 |
| Exhibit 6 | U.S. Patent No. 8,633,162 |
| Exhibit 7 | U.S. Patent No. 8,642,556 |
| Exhibit 8 | U.S. Patent No. 8,648,048 |
| Exhibit 9 | U.S. Patent No. 8,685,930 |
| Exhibit 10 | U.S. Patent No. 9,248,191 |
| Exhibit 15 | *Ophthalmic Cyclosporine (Restasis) for Dry Eye Disease*, The Medical Letter on Drugs and Therapeutics, Vol. 45, May 26, 2003 |

Dated: May 30, 2017

 /s/ *Anna G. Phillips*
Douglas H. Carsten
Wendy Devine
Christina E. Dashe
Alina L. Litoshyk
Nellie J. Amjadi
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real, Suite 200
San Diego, CA 92130-3002
Tel: 858-350-2300
Fax: 858-350-2399
dcarsten@wsgr.com
wdevine@wsgr.com
cdashe@wsgr.com
alitoshyk@wsgr.com
namjadi@wsgr.com

Anna G. Phillips
Texas Bar No. 24090329
WILSON SONSINI GOODRICH & ROSATI
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78746-5546
Tel: 512-338-5400
Fax: 512-338-5499
anphillips@wsgr.com

Melissa Smith
Allen Franklin Gardner
GILLAM & SMITH LLP
303 S. Washington Ave.
Marshall, Texas 75670
Tel: 903-934-8450
Fax: 903-934-9257
melissa@gillamsmithlaw.com
allen@gillamsmithlaw.com

**COUNSEL FOR DEFENDANTS MYLAN PHARMACEUTICALS INC. AND MYLAN INC.**

Respectfully submitted,

 /s/ *J.C. Rozendaal*
J.C. Rozendaal (*pro hac vice*)
Michael E. Joffre (*pro hac vice*)
Pauline M. Pelletier (*pro hac vice*)
R. Wilson Powers III (*pro hac vice*)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Ave. NW, Suite 600
Washington, DC 20005
Tel: 202-371-2600
Fax: 202-371-2540
jcrozendaal@skgf.com
mjoffre@skgf.com
ppelletier@skgf.com
tpowers@skgf.com

Louis B. ("Brady") Paddock
Texas Bar No. 00791394
NIX, PATTERSON & ROACH L.L.P.
2900 St. Michael Drive, Ste. 500
Texarkana, TX 75503
(903) 223-3999
(903) 223-8520 (fax)
bpaddock@nixlawfirm.com

**COUNSEL FOR DEFENDANT TEVA PHARMACEUTICALS USA, INC.**

 /s/ *Stephen R. Smerek*
Stephen R. Smerek (*pro hac vice*)
Shilpa Coorg (*pro hac vice*)
Jason Craig Hamilton (*pro hac vice*)
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel: 213-615-1933
Fax: 213-615-1750
ssmerek@winston.com
scoorg@winston.com
jhamilton@winston.com

Charles B. Klein (*pro hac vice*)
WINSTON & STRAWN LLP

 /s/ *Michael R. Dzwonczyk*
Michael R. Dzwonczyk
Azadeh Kokabi
Mark Boland
SUGHRUE MION PLLC
2100 Pennsylvania Ave NW, Suite 800
Washington, DC 20037
Tel: 202-293-7060
Fax: 202-293-7860
mdzwonczyk@sughrue.com
akokabi@sughrue.com
mboland@sughrue.com

Earl Glenn Thames, Jr.
POTTER MINTON
110 N College Avenue, Suite 500
Tyler, TX 75702
Tel: 903-597-8311
Fax: 903-593-0846
glennthames@potterminton.com

**COUNSEL FOR DEFENDANT AKORN, INC.**

1700 K Street, NW
Washington, DC 20006
Tel: 202-282-5977
Fax: 202-282-5100
cklein@winston.com
Deron R. Dacus
Peter Aaron Kerr
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: 903-705-1117
Fax: 903-581-2543
ddacus@dacusfirm.com
pkerr@dacusfirm.com

**COUNSEL FOR DEFENDANT INNOPHARMA, INC.**

 /s/ *William Rakoczy*
William A. Rakoczy (*pro hac vice*)
Paul J. Molino (*pro hac vice*)
Peter J. Curtin (*pro hac vice*)
John D. Polivick (*pro hac vice*)
Kevin P. Burke (*pro hac vice*)
Patrick N. Abbott (*pro hac vice*)RAKOCZY
MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
Tel:  (312) 222-6301
Fax:  (312) 222-6321
wrakoczy@rmmslegal.com
paul@rmmslegal.com
jpolivick@rmmslegal.com
kburke@rmmslegal.com
pabbott@rmmslegal.com

Eric H. Findlay
Texas Bar No. 00789886
Walter Wayne Lackey, Jr.
Texas Bar No. 24050901
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite900
Tyler, TX 75702
Tel:  (903) 534-1100
Fax:  (903) 534-1137

**COUNSEL FOR DEFENDANT FAMY CARE LIMITED**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record via e-mail on May 30, 2017.

/s/ *J.C. Rozendaal*
J.C. Rozendaal