## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DIVISION: MARSHALL | § | DATE: 8//28/17 |
| | § | |
| JUDGE: WILLIAM BRYSON | § | REPORTER: Shelly Holmes |
| | § | |
| ALLERGAN, INC. | § | CIVIL NO.: 2:15CV1455 |
| _Plaintiff_ | § | |
| | § | |
| TEVA PHARMACEUTICALS USA, INC., ET AL | § | |
| _Defendant_ | § | C/R DEPUTY: Jill Veazey |

Begin:    8:30, 1:38
Adjourn: 12:37, 6:03
Total Time in Court:    **8 HRS 32 MINS**

Attorneys for Plaintiff:  Jonathan Singer, Juanita Brooks, Claire Henry, Susan Morrison, Nitika Fiorella, Robert Oakes
Attorneys for Claimant:  J.C. Rosendall, Mike Joffre, Doug Carston, Stephen Smerek, Michael Dzwonczyk, Mark Bolland, Jason Hamilton

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD:  **BENCH TRIAL – DAY 1**

8:30  Court begins.  Court gives opening remarks. Court addresses objections to exhibits. Court has read plaintiff's and defendant's opening statements.
8:33  Mr. Singer addresses Court regarding trial procedures.  Court responds.
8:35  Mr. Singer calls Dr. Rhett Schiffman to testify.  Witness sworn. Direct by Mr. Singer.
9:10  Pltf Exhibits 975 & 16 A Marked & Admitted.
9:28  Pltf Exhibits 29, 30, 963 Marked & Admitted.
9:52  Pltf.Exhibit 32 Marked & Admitted.
9:59  Pltf Exhibit 2A Marked & Admitted.
10:20 Court recessed.
10:34 Court resumed.  Cross-Exam by Mr. Rozendaal.
10:46 Deft Exhibit 1018 Marked & Admitted.
10:52 Deft Exhibit 1017 Marked & Admitted.
11:47 Re-Direct by Mr. Singer.
11:49 Witness excused.  Court addresses parties regarding witness scheduling.
11:50 Ms. Brooks calls Dr. Orest Olejnik to testify.  Witness sworn.  Direct by Ms. Brooks.

DAVID O'TOOLE, CLERK

/s/ _Jill Veazey_
Deputy Clerk

✔See Addt'l. Proceedings

11:59 Deft Exhibit 1013 Marked & Admitted.  Pltf Exhibit 164 Marked & Admitted.
12:20 Pltf Exhibit 959 Marked & Admitted.
12:37 Court recessed.
1:38   Court resumed.  Cross-Exam by Mr. Joffre.
1:57   Deft Exhibit 1027 Marked & Admitted.
2:19   Re-Direct by Ms. Brooks.  2:30 Court addresses witness.  2:35  Witness excused.
2:36   Mr. Singer calls Dr. Shulin Ding to testify via video deposition.  Playback of video depo.
2:48   Mr. Singer calls Dr. Brenda Reis to testify.  Witness sworn.  Direct by Ms. Morrison.
2:55   Pltf Exhibit 16B Marked & Admitted.  2:59  Pltf Exhibit 16C Marked & Admitted.
3:04   Pltf Exhibit 16D Marked & Admitted.  3:10 Pltf Exhibits 172A Marked & Admitted.
3:22   Pltf Exhibit 172B Marked & Admitted.  Pltf Exhibits 998, 16E, 16F Marked & Admitted.
3:33   Court recessed.
3:50   Court resumed.  Cross-Exam by Mr. Boland.
4:32   Re-Direct by Ms. Morrison.  4:43  Court addresses witness.  4:46 Witness excused.  Mr. Boland offers defts exhibits.  Deft Exhibits 1070, 1071, 1219, 1349, 1038 Marked & Admitted.
4:47   Mr. Singer calls Dr. Diane Tang-Liu to testify.  Witness sworn.  Direct by Mr. Oakes.
4:48   Pltf Exhibits 1, 7, 9, 11 Marked & Admitted.  4:53 Pltf Exhibit 220 Marked & Admitted.
4:57   Pltf Exhibit 205 Marked & Admitted.  5:02 Pltf Exhibit 16G Marked & Admitted.
5:12   Pltf Exhibit 175 Marked & Admitted.  Pltf Exhibit 16H Marked & Admitted.
5:21   Pltf Exhibit 108 Marked & Admitted.
5:30   Cross-Exam by Mr. Hamilton.  5:42  Re-Direct by Mr. Oakes.  Deft Exhibit 1088 Marked & Admitted.
5:45   Witness excused.  Mr. Singer calls Dr. Andrew Acheampong to testify by Video Deposition.  Playback of video depo.
5:55   Mr. Singer calls Dave Power to testify by Video Deposition.  Playback of video depo.
6:01   Court addresses parties.
6:03   Court adjourned.