# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| DIVISION: MARSHALL | DATE:  8//29/17 |
| JUDGE: WILLIAM BRYSON | REPORTER:  Shelly Holmes |
| ALLERGAN, INC.<br>_Plaintiff_ | CIVIL NO.:  2:15CV1455 |
| TEVA PHARMACEUTICALS USA, INC., ET AL<br>_Defendant_ | C/R DEPUTY: Jill Veazey |

Begin:    8:20,   1:34
Adjourn:  12:35,   5:36
Total Time in Court:    **8 HRS  17 MINS**

Attorneys for Plaintiff:  Jonathan Singer, Juanita Brooks, Claire Henry, Susan Morrison, Nitika Fiorella, Robert Oakes
Attorneys for Claimant:  J.C. Rosendall, Mike Joffre, Doug Carston, Stephen Smerek, Michael Dzwonczyk, Mark Bolland, Jason Hamilton


THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD:  **BENCH TRIAL – DAY 2**

8:20   Court begins.  Court addresses Parties regarding legal issues.  Mr. Singer addresses Court and states objection to defense witness.  Mr. Smerek responds.  Court responds.  Parties respond.
8:37   Mr. Carston addresses Court regarding witness scheduling.
8:40   Ms. Morrison offers exhibits.  Deft Exhibits 1014, 1037, 1087 Marked & Admitted.
Ms. Morrison calls Cory Wohlbach to testify via video deposition. Playback of video depo.
8:50   Pltf Exhibits 892, 863 Marked & Admitted.
8:51   Ms. Morrison calls Kevin Hawkins to testify via video deposition. Playback of video depo.
9:02   Pltf Exhibits 868, 876, 867, 865 Marked & Admitted.  Ms. Morrison calls Caroline Hill to testify via video deposition.  Playback of video depo.
9:05   Pltf Exhibit 947 Marked & Admitted.  Ms. Morrison calls Manoj Pananchukunnath to testify via video deposition.  Playback of video depo.
9:13   Pltf Exhibits 818, 796, 800 Marked & Admitted.  Ms. Morrison calls Joseph Sobecki to testify via video deposition.  Playback of video depo.
9:21   Pltf Exhibits 801, 794 831 Marked & Admitted.  Ms. Morrison calls Sasank Kunadharaju to testify via video deposition.  Playback of video deposition.

DAVID O'TOOLE, CLERK

/s/ *Jill Veazey*
Deputy Clerk

✔ See Addt'l. Proceedings

9:39   Pltf Exhibits 756, 689, 685, 743, 686 Marked & Admitted – portions redacted. Ms. Morrison calls Jennifer Bowles to testify via video deposition. Playback of video depo.
9:43   Pltf Exhibits 596, 597 Marked & Admitted – portions redacted. Ms. Morrison calls Subrahmanyam Boddapati to testify via video deposition. Playback of video depo.
9:47   Pltf Exhibit 507 Marked & Admitted. Ms. Morrison calls Biswajit Pati to testify via video deposition. Playback of video depo.
9:58   Pltf Exhibits 516, 512, 507, 510, 506 Marked & Admitted – portions redacted. Ms. Morrison calls Nicholas Fleischer to testify via video deposition. Playback of video depo.
10:02   Mr. Singer calls Dr. Robert J. Noecker to testify. Witness sworn.
10:04   Direct by Mr. Oakes.  10:19  Pltf Exhibit 16I Marked & Admitted.
10:24   Court recessed.
10:38   Court resumed. Direct Continued. Pltf Exhibit 869 Marked & Admitted.
10:42   Pltf Exhibit 511 Marked & Admitted. Pltf Exhibits 525, 802 Marked & Admitted.
11:13   Cross-Exam by Mr. Joffre.  11:40 Deft Exhibit 1355 Marked & Admitted.
11:43   Re-Direct by Mr. Oakes.  11:48  Re-Cross by Mr. Joffre. Witness excused.
11:49   Mr. Singer states Plaintiff Rest.
11:50   Mr. Smerek states motion for JMOL. Mr. Singer responds.  Court responds.
12:02   Mr. Singer addresses Court and states motion for a judgment of infringement. Mr. Smerek responds.
12:06   Court denies defense and pltf's motions. Mr. Rozendall addresses Court.
12:09   Mr. Dzwonczyk calls Dr. Justin Hanes to testify. Witness sworn. Direct by Mr. Dzwonczyk
12:35   Court recessed.
1:34   Court resumed. Direct of Dr. Justin Hanes continued.
1:55   Deft Exhibit 1017A Marked & Admitted.  2:22  Deft Exhibit 1291A Marked & Admitted.
2:48   Deft Exhibit 1006C Marked & Admitted.  3:03  Deft Exhibit 1305 Marked & Admitted.
3:06   Deft Exhibit 1502 Marked & Admitted.
3:12   Court recessed.
3:25   Court resumed. Cross-exam by Ms. Brooks. Pltf Exhibit 1014 Marked & Admitted.
4:33   Pltf Exhibit 1002 Marked and Admitted. Pltf Exhibit 1006 Marked & Admitted.
4:40   Re-Direct by Mr. Dzwonczyk.  4:44  Witness excused. Mr. Rozendaal addresses Court.
4:46   Mr. Rozendaal calls James Chang to testify via video deposition. Playback of video
5:18   Deft's Exhibits 1029 – 1034 & 1517 Marked & Admitted.
5:20   Mr. Rozendaal calls Kenneth Sall to testify via video deposition. Playback of video.
5:31   Mr. Rozendaal calls Timothy MacDonald to testify via video deposition. Playback of video.
5:36   Playback concluded. Court adjourned.