# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DIVISION: MARSHALL | § | DATE: 8/30/17 |
| | § | |
| JUDGE: WILLIAM BRYSON | § | REPORTER: Shelly Holmes |
| | § | |
| ALLERGAN, INC. | § | CIVIL NO.: 2:15CV1455 |
| *Plaintiff* | § | |
| | § | |
| TEVA PHARMACEUTICALS USA, INC., ET AL | § | |
| *Defendant* | § | C/R DEPUTY: Jill Veazey |

Begin:     8:15, 1:04
Adjourn:  12:04, 5:40
Total Time in Court:     **8 HRS 23 MINS**

Attorneys for Plaintiff:  Jonathan Singer, Juanita Brooks, Claire Henry, Susan Morrison, Nitika Fiorella, Robert Oakes, A. Martina Hufnal
Attorneys for Claimant:  J.C. Rosendall, Mike Joffre, Doug Carston, Stephen Smerek, Michael Dzwonczyk, Mark Bolland, Jason Hamilton, Matthew Mock

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD:  **BENCH TRIAL – DAY 3**

| | |
|---|---|
| 8:15 | Mr. Rozendaal addresses Court regarding exhibits.  Court responds.  Parties respond. Court rules on redacting of certain exhibits and |
| 8:32 | Mr. Carston addresses Court regarding witness.  Ms. Morrison responds. |
| 8:35 | Mr. Carston calls Dr. Andrew Calman to testify.  Witness sworn.  Direct by Mr. Carston. |
| 8:37 | Deft Exhibit 1341 Marked & Admitted. |
| 9:04 | Deft Exhibit 1269 Marked & Admitted.  9:10  Deft Exhibit 1180 Marked & Admitted. |
| 9:13 | Deft Exhibit 1185 Marked & Admitted.  9:46  Deft Exhibit 1047 Marked & Admitted. |
| 10:07 | Court recessed. |
| 10:21 | Court resumed. Direct continued.  Deft Exhibit 1153 Marked & Admitted. |
| 10:25 | Deft Exhibit 1006 D Marked & Admitted.  10:51  Deft Exhibit 1267 Marked & Admitted. |
| 11:35 | Court addresses parties. |
| 11:38 | Cross-Exam by Ms. Brooks. |
| 12:04 | Court recessed. |

DAVID O'TOOLE, CLERK

/s/ *Jill Veazey*
Deputy Clerk

✔See Addt'l. Proceedings

| | |
|---|---|
| 1:04 | Cross-Exam continued.  Pltf Exhibit 1017, 1019 Marked & Admitted. |
| 2:11 | Pltf Exhibits 2C, 2D Marked & Admitted. |
| 2:19 | Pltf Exhibit 16K Marked & Admitted. |
| 2:22 | Re-Direct by Mr. Carston.  Witness excused but not released.  Defense Rest. |
| 2:23 | Mr. Singer states Oral Motion for JMOL pertaining to 2 times a day dose claims.  Court grants motion. |
| 2:26 | Court recessed. |
| 2:40 | Court resumed.  Court addresses parties.  Plaintiff presents Responsive Case. |
| 2:42 | Ms. Hufnal calls Dr. Thorsteinn Loftsson to testify.  Witness sworn.  Direct by Ms. Hufnal. |
| 3:16 | Pltf Exhibit 1009 Marked & Admitted.  3:42  Pltf Exhibit 405 Marked & Admitted. |
| 3:43 | Cross-Exam by Mr. Rozendaal. |
| 4:24 | Court recessed. |
| 4:37 | Court resumed.  Cross continued.  Deft Exhibit 1512 Marked & Admitted. |
| 4:42 | Witness excused. |
| 4:43 | Mr. Singer calls David LeCause to testify.  Witness sworn.  Direct by Ms. Henry. |
| 4:50 | Pltf Exhibit 264, 265, 266, 267 Marked & Admitted. |
| 5:12 | Pltf Exhibit 333 Marked & Admitted. |
| 5:16 | Cross-Exam by Mr. Mock.  5:19  Deft Exhibit 1105 Marked & Admitted. |
| 5:20 | Deft Exhibit 1357, 1126 Marked & Admitted. |
| 5:37 | Re-Direct by Ms. Henry.  5:39  Witness excused.  Court addresses parties. |
| 5:40 | Court adjourned. |