# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DIVISION: MARSHALL | § | DATE:  8//31/17 |
| | § | |
| JUDGE: WILLIAM BRYSON | § | REPORTER:  Shelly Holmes |
| | § | |
| ALLERGAN, INC. | § | CIVIL NO.:  2:15CV1455 |
| _Plaintiff_ | § | |
| | § | |
| TEVA PHARMACEUTICALS USA, INC., ET AL | § | |
| _Defendant_ | § | C/R DEPUTY: Jill Veazey |

Begin:       8:30,  1:35
Adjourn:   12:35, 5:18
Total Time in Court:     **7 HRS   48 MINS**

Attorneys for Plaintiff:  Jonathan Singer, Juanita Brooks, Claire Henry, Susan Morrison, Nitika Fiorella, Robert Oakes, Joseph Herriges
Attorneys for Claimant:  J.C. Rosendall, Mike Joffre, Doug Carston, Stephen Smerek, Michael Dzwonczyk, Mark Bolland, Jason Hamilton, Sailesh Patel, Wendy Devine, Anna Phillips

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD:  **BENCH TRIAL – DAY 4**

8:30    Court begins.  Court addresses parties.  Court instructs parties on trial procedures.
8:34    Mr. Singer calls Dr. Robert Maness to testify.  Witness sworn.
8:35    Direct by Mr. Herriges.  Pltf Exhibit 411 Marked & Admitted.
8:39    Pltf Exhibit 251 A  Marked & Admitted.
8:45    Pltf Exhibit 268 Marked & Admitted. 8:56 Pltf Exhibit 145 Marked & Admitted.
9:04    Cross-Exam by Mr. Patel.  9:21  Re-Direct by Mr. Herriges.
9:24    Witness excused.  Mr. Singer calls Dr. Henry Perry to testify.  Witness sworn.
9:25    Direct by Ms. Morrison.
10:23  Court recessed.
10:37  Court resumed.  Direct continued.  10:45 Pltf Exhibit 263 Marked & Admitted.
11:11  Cross-Exam by Mr. Carston.  12:05  Deft Exhibit 1006 F Marked & Admitted.
12:35  Court recessed.
1:35    Court resumed.
          Re-Direct by Ms. Morrison.  1:46  Witness excused.  Mr. Singer addresses Court.
1:48    Pltf Exhibits 2E & 2F Marked & Admitted.  Court addresses parties.
1:49    Mr. Singer states Oral Motion for JMOL.  Mr. Rozendaal responds.  Court responds.

DAVID O'TOOLE, CLERK

/s/ _Jill Veazey_
Deputy Clerk

✔See Addt'l. Proceedings

| | |
|---|---|
| 2:02 | Defendant presents Rebuttal Case. |
| | Ms. Devine calls Dr. Daniel Bloch to testify.  Witness sworn.  Direct by Ms. Devine. |
| 2:04 | Deft Exhibit 1339 Marked & Admitted. |
| 2:30 | Deft Exhibit 1191 Marked & Admitted. |
| 2:55 | Deft Exhibit 1302 Marked & Admitted.  3:16 Deft Exhibit 1520 Marked & Admitted. |
| 3:18 | Cross-Exam by Mr. Singer. |
| 3:29 | Court recessed |
| 3:42 | Court resumed.  Cross-Exam continued. |
| 4:12 | Re-Direct by Ms. Devine.  Deft Exhibit 1521 Marked & Admitted. |
| 4:17 | Witness excused. |
| 4:18 | Ms. Phillips calls Ivan Hofmann to testify.  Witness sworn.  Direct by Ms. Phillips. |
| 4:20 | Deft Exhibit 1343 Marked & Admitted. |
| 4:46 | Deft Exhibits 1094, 1097, 1125, 1128 Marked & Admitted. |
| 4:50 | Deft Exhibits 1103, 1114, 1120 Marked & Admitted. |
| 4:57 | Deft Exhibit 1109 Marked & Admitted. |
| 4:59 | Cross-Exam by Mr. Herriges. |
| 5:12 | Witness excused.   Mr. Rozendaal states Defense Rest. |
| 5:18 | Court adjourned |