IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ALLERGAN, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., ET AL.,<br><br>*Defendants.* | Civil Action No. 2:15-cv-1455-WCB<br><br>LEAD CASE |

## **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to the Court's instruction at trial, below is a list of cases upon which Defendants intend to rely for their closing arguments.

Invalidity
- *Amgen Inc. v. Hoechst Marion Roussel, Inc.*, 314 F.3d 1313 (Fed. Cir. 2003)
- *Bristol-Myers Squibb Co. v. Teva Pharms. USA, Inc.*, 752 F.3d 967 (Fed. Cir. 2014)
- *Ineos USA LLC v. Berry Plastics Corp.*, 783 F.3d 865 (Fed. Cir. 2015)
- *In re Fulton*, 391 F.3d 1195 (Fed. Cir. 2004)
- *In re Geisler*, 116 F.3d 1465 (Fed. Cir. 1997)
- *In re Peterson*, 315 F.3d 1325 (Fed. Cir. 2003)

Claim construction of "acrylate C10-30 alkyl acrylate cross-polymer"/enablement
- *Enzo Life Scis., Inc. v. Gen-Probe Inc.*, 2017 WL 2829625 (D. Del. June 28, 2017)
- *Wyeth & Cordis Corp. v. Abbot Labs.*, 720 F.3d 1380 (Fed. Cir. 2013)

Dated: August 31, 2017

 /s/ *Douglas H. Carsten*
Douglas H. Carsten
Wendy Devine
Christina E. Dashe
Alina L. Litoshyk
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real, Suite 200
San Diego, CA 92130-3002
Tel: 858-350-2300
Fax: 858-350-2399
dcarsten@wsgr.com
wdevine@wsgr.com
cdashe@wsgr.com
alitoshyk@wsgr.com

Anna G. Phillips
Texas Bar No. 24090329
WILSON SONSINI GOODRICH & ROSATI
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78746-5546
Tel: 512-338-5400
Fax: 512-338-5499
anphillips@wsgr.com

Melissa Smith
Allen Franklin Gardner
GILLAM & SMITH LLP
303 S. Washington Ave.
Marshall, Texas 75670
Tel: 903-934-8450
Fax: 903-934-9257
melissa@gillamsmithlaw.com
allen@gillamsmithlaw.com

**COUNSEL FOR DEFENDANTS MYLAN PHARMACEUTICALS INC. AND MYLAN INC.**

 /s/ *Michael R. Dzwonczyk*
Michael R. Dzwonczyk
Azadeh Kokabi

Respectfully submitted,

 /s/ *J.C. Rozendaal*
J.C. Rozendaal (*pro hac vice*)
Michael E. Joffre (*pro hac vice*)
R. Wilson Powers III (*pro hac vice*)
Pauline M. Pelletier (*pro hac vice*)
William H. Milliken (*pro hac vice*)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Ave. NW, Suite 600
Washington, DC 20005
Tel: 202-371-2600
Fax: 202-371-2540
jcrozendaal@skgf.com
mjoffre@skgf.com
tpowers@skgf.com
ppelletier@skgf.com
wmilliken@skgf.com

Louis B. ("Brady") Paddock
Texas Bar No. 00791394
NIX, PATTERSON & ROACH L.L.P.
2900 St. Michael Drive, Ste. 500
Texarkana, TX 75503
(903) 223-3999
(903) 223-8520 (fax)
bpaddock@nixlawfirm.com

**COUNSEL FOR DEFENDANT TEVA PHARMACEUTICALS USA, INC.**

 /s/ *Stephen R. Smerek*
Stephen R. Smerek (*pro hac vice*)
Shilpa Coorg (*pro hac vice*)
Jason Craig Hamilton (*pro hac vice*)
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel: 213-615-1933
Fax: 213-615-1750
ssmerek@winston.com
scoorg@winston.com
jhamilton@winston.com

Mark Boland
Aiyda Ghahramani
SUGHRUE MION PLLC
2100 Pennsylvania Ave NW, Suite 800
Washington, DC 20037
Tel: 202-293-7060
Fax: 202-293-7860
mdzwonczyk@sughrue.com
akokabi@sughrue.com
mboland@sughrue.com
acobb@sughrue.com

Thomas A. Rammer
Sailesh K. Patel
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: 312-258-5537
Fax: 312-258-5600
trammer@schiffhardin.com
spatel@schiffhardin.com

John K. Hsu
SCHIFF HARDIN LLP
901 K Street NW, Suite 700
Washington, DC 20001
Tel: 202-778-6467
Fax: 202-778-6460
jhsu@schiffhardin.com

George Chih-Lun Yu
SCHIFF HARDIN LLP
One Market, Spear Street Tower
Suite 3200
San Francisco, CA 94105
Tel: 415-901-8700
gyu@schiffhardin.com

Earl Glenn Thames, Jr.
POTTER MINTON
110 N College Avenue, Suite 500
Tyler, TX 75702
Tel: 903-597-8311
Fax: 903-593-0846
glennthames@potterminton.com

**COUNSEL FOR DEFENDANT AKORN, INC.**

Charles B. Klein (*pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006
Tel: 202-282-5977
Fax: 202-282-5100
cklein@winston.com

Deron R. Dacus
Peter Aaron Kerr
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: 903-705-1117
Fax: 903-581-2543
ddacus@dacusfirm.com
pkerr@dacusfirm.com

**COUNSEL FOR DEFENDANT INNOPHARMA, INC.**

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by e-mail on August 31, 2017.

/s/ *J.C. Rozendaal*
J.C. Rozendaal