# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALLERGAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., et al., <br><br> Defendants. | Civil Action No. 2:15-cv-1455 WCB LEAD <br><br> JURY TRIAL DEMANDED |

## NOTICE OF CORRESPONDENCE TO COURT

PLEASE see the attached letter to the Honorable William C. Bryson from Susan E. Morrison regarding assignment of patents-in-suit.

Dated: September 8, 2017

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Susan E. Morrison*
    Jonathan E. Singer
    (CA Bar No. 187908, MN Bar No. 283459)
    LEAD ATTORNEY
    singer@fr.com
    Juanita R. Brooks (CA Bar No. 75934)
    brooks@fr.com
    12390 El Camino Real
    San Diego, CA 92130
    Telephone: 858-678-5070
    Facsimile: 858-678-5099

    Michael J. Kane (MN Bar No. 0247625)
    kane@fr.com
    Deanna J. Reichel (MN Bar No. 0326513)
    reichel@fr.com
    Joseph A. Herriges (MN Bar No. 390350)
    herriges@fr.com
    60 South Sixth Street, #3200
    Minneapolis, MN 55402
    Telephone: (612) 335-5070
    Facsimile: (612) 288-9696

Douglas E. McCann (DE Bar No. 3852)
dmccann@fr.com
Susan Morrison (DE Bar No. 4690)
morrison@fr.com
Robert M. Oakes (DE Bar No. 5217)
oakes@fr.com
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-5070
Facsimile: (302) 652-0607


J. Wesley Samples (OR Bar No. 121784)
samples@fr.com
901 15th Street, N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331


T. John Ward, Jr.
State Bar No. 00794818
E-mail: jw@wsfirm.com
Wesley Hill
State Bar No. 24032294
E-mail: wh@wsfirm.com
Claire Abernathy Henry
State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea L. Fair
State Bar No. 24078488
E-mail: andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

COUNSEL FOR PLAINTIFF
ALLERGAN, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of record by email on this 8th day of September, 2017.

/s/ Susan E. Morrison
Susan E. Morrison