

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor, P.O. Box 1114
Wilmington, DE

302 652 5070 main

**VIA ECF**

September 8, 2017

**Susan E. Morrison**
Principal
morrison@fr.com

The Honorable William C. Bryson
United States Court of Appeals for the Federal Circuit
717 Madison Pl NW
Washington, DC 20005

Re:   *Allergan, Inc. v. Teva Pharmaceuticals USA, Inc.*,
      Lead Case No. 2:15-cv-1455 (E.D. Tex.)

Dear Judge Bryson,

This morning, Allergan assigned its rights in a number of patents, including the patents-in-suit, to the Saint Regis Mohawk Tribe.  Allergan now has an exclusive license to the patents-in-suit.  Allergan does not anticipate that this assignment will have any impact on the litigation or the issues before the Court, other than it expects to join the Tribe as a co-plaintiff in due course.  If the Court has any questions or concerns, we are available to discuss them at the Court's convenience.


Respectfully Submitted,

*/s/ Susan E. Morrison*

Susan E. Morrison

fr.com