Exhibit 3

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

MYLAN PHARMACEUTICALS INC., TEVA PHARMACEUTICALS
USA, INC., and AKORN INC.,
Petitioners

v.

ALLERGAN, INC.
Patent Owner

_____

Case IPR2016-01127[1]
Patent 8,685,930

_____

**PATENT OWNER'S UPDATED MANDATORY NOTICES PURSUANT TO
37 C.F.R. § 42.8(a)(3)**

_____

[1] Cases IPR2017-00576 and IPR2017-00594 have been joined with this proceeding.

Case No.: IPR2016-01127
Attorney Docket No.: 13351-0008IP1

## EXHIBIT LIST

| Exhibit No. | Description |
|---|---|
| EX. 2001 | NDA 21-023 Cyclosporine Ophthalmic Emulsion 0.05%, Original NDA Filing, Vol. 1 (Feb. 24, 1999) |
| EX. 2002 | U.S. Pat. No. 4,839,342 |
| EX. 2003 | Said et al., Investigative Ophthalmology & Visual Science, vol. 48, No. 11 (Nov. 2007):5000-5006 |
| EX. 2004 | Alba et al., Folia Ophthalmol. Jpn. 40:902-908 (1989) |
| EX. 2005 | Stedman's Medical Dictionary, definition of therapeutic |
| EX. 2006 | Dorland's Illustrated Medical Dictionary, definition of therapeutic |
| EX. 2007 | Stedman's Medical Dictionary, definition of palliative |
| EX. 2008 | RESTASIS® label |
| EX. 2009 | Murphy, R., "The Once and Future Treatment of Dry Eye," Review of Optometry, pp. 73-75 (Feb. 15, 2000) |
| EX. 2010 | RESERVED |
| EX. 2011 | Agarwal, Priyanka and Ilva D. Rupenthal, "Modern Approaches to the Ocular Delivery of Cyclosporine A," Drug Discovery Today, vol. 21, no. 6 (June 2016) |
| EX. 2012 | Damato et al., "Senile Atrophy of the Human Lacrimal Gland: The Contribution of Chronic Inflammatory Disease," British Journal of Ophthalmology (1984) |
| EX. 2013 | Higuchi, "Physical Chemical Analysis of Percutaneous Absorption Process From Creams and Ointments," Seminar, New York City (1959) |
| EX. 2014 | Lallemand et al., "Cyclosporine a Delivery to the Eye: A Pharmaceutical Challenge," European Journal of Pharmaceutics and Biopharmaceutics (2003) |

i

| EX. 2015 | das Neves et al., " Mucosal Delivery of Biopharmaceuticals: Biology, Challenges and Strategies," Springer Science (2014) |
| --- | --- |
| EX. 2016 | Power et al., "Effect of Topical Cyclosporin A on Conjunctival T Cells in Patients with Secondary Sjögren's Syndrome," Cornea 12(6): 507-511 (1993) |
| EX. 2017 | Schaefer et al., "Skin Permeability," Springer-Verlag (1982) |
| EX. 2018 | Stern et al., "The Pathology of Dry Eye: The Interaction Between the Ocular Surface and Lacrimal Glands," Cornea 17(6): 584-589 (1998) |
| EX. 2019 | Wepierre, Jacques and Jean-Paul Marty, "Percutaneous Absorption of Drugs," Elsvier/North-Holland Biomedical Press (1970) |
| EX. 2020 | Williamson et al., "Histology f the Lacrimal Gland in Keratoconjunctivitis Sicca," Brit. F. Ophthal /91973) |
| EX. 2021 | "Approved Drug Products with Therapeutic Equivalence Evaluations," U.S. Department of Health and Huma Services, 37th Edition (2017) |
| EX. 2022 | Lemp, Michael A., " Report of the National Eye Institute/Industry Workshop on Clinical Trials in Dry Eyes," CLAO Journal, vol. 21, no. 4 (October 1995) |
| EX. 2023 | Deposition transcript of Mansoor Amiji, Ph.D |
| EX. 2024 | Declaration of John D. Sheppard, M.D., M.M.Sc. |
| EX. 2025 | Declaration of Dr. Thorsteinn Loftsson, Ph.D. |
| EX. 2026 | Declaration of Eric Rubinson |
| EX. 2027 | Allergan PK-98-074 Report |
| EX. 2028 | Declaration of Robert S. Maness, Ph.D. |
| EX. 2029 | DiMasi, "Risks in New Drug Development:  Approval Success Rates for Investigational Drugs," Clinical Pharmacology and Therapeutics, May 2001 |
| EX. 2030 | FDA Review, "The Drug Development and Approval Process" |

| EX. 2031 | Allergan – NYSE: AGN – Company Profile |
|----------|----------------------------------------|
| EX. 2032 | Drugs@FDA: FDA Approved Drug Products, http://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=021023 |
| EX. 2033 | Drugs@FDA: FDA Approved Drug Products, Restasis Approved, http://www.accessdata.fda.gov/drugsatfda_docs/nda/2003/21-023_Restasis_Approv.PDF |
| EX. 2034 | Drugs@FDA: FDA Approved Drug Products, http://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=050790 |
| EX. 2035 | Facts About Dry Eye, https://nei.nih.gov/health/dryeye/dryeye |
| EX. 2036 | Christopher Glenn, "New Thinking Spurs New Products," Review of Ophthalmology, February 15, 2003 |
| EX. 2037 | Mark B. Abelson, MD and Jason Casavant, "Give Dry Eye a One-two Punch," Review of Ophthalmology, March 15, 2003 |
| EX. 2038 | Deposition of David LeCause, February 17, 2017 |
| EX. 2039 | Joan-Marie Stiglich ELS, "Restasis: the road to approval," Ocular Surgery News, March 1, 2003 |
| EX. 2040 | Lynda Charters, "Increased Tear Production," Ophthalmology Times, February 1, 2003 |
| EX. 2041 | RESERVED |
| EX. 2042 | Jonathan R. Pirnazar, MD, "Taking a Custom Approach to Dry Eye Treatment," Ophthalmology Management, February 1, 2004 |
| EX. 2043 | RESERVED |
| EX. 2044 | FDA label for Xiidra® |
| EX. 2045 | RESERVED |
| EX. 2046 | Restasis Strategic Plan Forecast 2009-2013 |

| EX. 2047 | Allergan Inc., Credit Suisse First Boston Equity Research Report, Jan 30, 2003 |
|----------|-------------------------------------------------------------------------------|
| EX. 2048 | Allergan Inc., Buckingham Research Group Equity Research Report, Feb 5, 2003 |
| EX. 2049 | Allergan Inc., SalomonSmithBarney Equity Research Report, Feb 12, 2003 |
| EX. 2050 | Allergan Inc., Morgan Stanley Equity Research Report, Jan 30, 2003 |
| EX. 2051 | Restasis P&L (US Only excl. Canada and Puerto Rico) |
| EX. 2052 | Allergan Inc., Morgan Stanley Equity Research Report, Apr 30, 2004 |
| EX. 2053 | Allergan Inc., JP Morgan Equity Research Report, Nov 1, 2005 |
| EX. 2054 | RESERVED |
| EX. 2055 | "commercial Restasis Formulary June 2006.xls" |
| EX. 2056 | "NOVEMBER 2006 input MHC Report Restasis Playbook data.ppt" |
| EX. 2057 | Restasis® 2013 Managed Markets Tactics & Preliminary Budget, August 8, 2012 |
| EX. 2058 | RESERVED |
| EX. 2059 | RESERVED |
| EX. 2060 | "Allergan Inc. (AGN) - Q4 2002 Financial Release Conference Call Wednesday, January 29, 2003 11:00 am" Fair Disclosure Financial Network |
| EX. 2061 | Restasis Launch Marketing Plan, dated February 12-13, 2003 |
| EX. 2062 | Allergan Dry Eye, "Dry Eye Franchise 2014 Business Plan," 2014 U.S. Eye Care Sales & Marketing Plan, September 9, 2013 |
| EX. 2063 | Allergan Eye Care, "US Dry Eye Strat Plan Narrative: Summary Version," April 16, 2011 |
| EX. 2064 | Kline, Kate, "Restasis Professional Critical Issues," Allergan Dry Eye, 2010 |

| | |
|---|---|
| EX. 2065 | Allergan Dry Eye, "Restasis Business Update," August 16, 2010 |
| EX. 2066 | "Sales-Units_2011-2016_AllData_NSP_Feb-19-2017_RESTASIS.xlsx" |
| EX. 2067 | RESERVED |
| EX. 2068 | Iazuka and Jin, "The Effect of Prescription Drug Advertising on Doctor Visits," Journal of Economics and Management Strategy, 2007 |
| EX. 2069 | Bradford, Kleit, Nietert, et al, "How Direct-to-Consumer Television Advertising for Osteoarthritis Drugs Affect Physicians' Prescribing Behavior," Health Affairs, 2006 |
| EX. 2070 | Calfee, Winston, and Stempski, "Direct-to-Consumer Advertising and the Demand for Cholesterol Reducing Drugs," Journal of Law and Economics, 2002 |
| EX. 2071 | Bradford, Kleit, Nietert, et al, "Effects of Direct-to-Consumer Advertising of Hydroxymethylglutaryl Coenzyme A Reductase Inhibitors or Attainment of LDL-C Goals," Clinical Therapeutics, 2006 |
| EX. 2072 | Restasis NPA Monthly |
| EX. 2073 | Restasis Projects, Global R&D Cost |
| EX. 2074 | Refresh Endura Lubricant Eye Drops (Allergan), Theodora |
| EX. 2075 | Declaration of Jonathan Singer in support of Petitioner's Motion for *Pro Hac Vice* Admission |
| EX. 2076 | Memorandum Opinion and Order, *Allergan, Inc. v. Teva Pharmaceuticals USA, Inc., et al.*, Case No. 2:15-cv-1455-WCB |
| EX. 2077 | Nussenblatt, R. et al. *Local Cyclosporine Therapy for Experimental Autoimmune Uveitis in Rats*. Arch Ophthalmology, Volume 103, October 1985. |
| EX. 2078 | Medical Officer's Review of NDA 21-023 |

| EX. 2079 | Correction to Sall article (Ex. 1007), Opthalmology, Vol. 107, No. 7, July 2000. |
|----------|--------------------------------------------------------------------------------|
| EX. 2080 | GraphPad Calculation of Bloch Table 2 – 3 mo. B vs A. |
| EX. 2081 | GraphPad Calculation of Bloch Table 2 – 3 mo. C vs A. |
| EX. 2082 | Deposition transcript of Andrew F. Calman, M.D., Ph.D. |
| EX. 2083 | Deposition transcript of Daniel A. Bloch, Ph.D. |
| EX. 2084 | Deposition transcript of Ivan T. Hofmann |
| EX. 2085 | Assignment |

Case No.: IPR2016-01127
Attorney Docket No.: 13351-0008IP1

Under 37 C.F.R. § 42.8(a)(3), Patent Owner Saint Regis Mohawk Tribe and

Allergan, Inc. hereby submit the following mandatory change-of-information

notice in connection with consolidated cases listed in the caption above.

## A. Real Party-In-Interest – 37 CFR § 42.8(b)(1)

Saint Regis Mohawk Tribe (the "Tribe") hereby makes a special appearance[2]

before this Board to respectfully request that the Board immediately enter an order

staying all proceedings in this and all related IPRs set forth on the cover page of

this Motion pending resolution of its motion to dismiss based on sovereign

immunity. The Tribe has taken assignment of all six patents involved in this

consolidated proceeding. EX. 2085 (Assignment). The Tribe does not consent to

this proceeding.

## B. Related Matters – 37 C.F.R. § 42.8(b)(2)

Unchanged.

## C. Lead and Back-up Counsel – 37 C.F.R. § 42.8(b)(3)

Allergan is exclusively represented in this proceeding by the following Lead

and Back-Up Counsel:

---

[2]  See *Friends of Amador County v. Salazar*, 554 Fed.Appx. 562, 564 (9th Cir. 2014)
(tribe made special appearance before district court so as not to waive immunity to
present Rule 19 motion); *Saginaw Chippewa Indian Tribe of Michigan v. NLRB*, 838
F.Supp.2d 598, 601 (E.D. Mich. 2011)(tribe made special appearance before NLRB
to challenge jurisdiction on immunity grounds).

Case No.: IPR2016-01127
Attorney Docket No.: 13351-0008IP1

| LEAD COUNSEL | BACK-UP COUNSEL |
|---|---|
| Dorothy P. Whelan, Reg. No. 33,814<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Tel: (612) 337-2509<br>Email: IPR13351-0008IP1@fr.com<br>Fax: (612) 288-9696 | Michael Kane, Reg. No. 39,722<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Tel: (612) 337-2502<br>Email: PTABInbound@fr.com<br>Fax: (612) 288-9696<br><br>Susan Morrison Colletti, Reg. No. 56,332<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Tel: (302) 778-8434<br>Email: PTABInbound@fr.com<br>Fax: (612) 288-9696<br><br>Robert M. Oakes, Reg. No. 62,189<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Tel: (302) 778-8477<br>Email: PTABInbound@fr.com<br>Fax: (612) 288-9696 |

2

Case No.: IPR2016-01127
Attorney Docket No.: 13351-0008IP1

The Tribe is exclusively represented in this proceeding by the following Back-Up
Counsel:

| BACK-UP COUNSEL |
| --- |
| Alfonso Chan, Reg. No. 45,964<br>Shore Chan DePumpo LLP<br>901 Main Street, Suite 3300<br>Dallas, TX 75201<br>Telephone: (214) 593-9110<br>Email: achan@shorechan.com<br>Fax: (214) 593-9111 |
| Joseph DePumpo, Reg. No. 38,124<br>Shore Chan DePumpo LLP<br>901 Main Street, Suite 3300<br>Dallas, TX 75201<br>Telephone: (214) 593-9110<br>Email: jdepumpo@shorechan.com<br>Fax: (214) 593-9111 |

**D. Electronic Service**

Please address all correspondence and service to counsel as listed above.

Allergan consents to service by email at IPR13351-0008IP1@fr.com (ref.: Docket

No. IPR13351-0008IP1). The Tribe consents to service by email at

IPR01227@shorechan.com.

Dated: September 8, 2017                    Respectfully submitted,

                                                         /Michael Kane/
                                                     Michael Kane
                                                     Reg. No. 39,722

Customer Number 26191
Fish & Richardson P.C.
Telephone: (612) 337-2502
Facsimile: (612) 288-9696

3

## CERTIFICATE OF SERVICE

Pursuant to 37 CFR §§ 42.6(e)(4) and 42.205(b), the undersigned certifies that on September 8, 2017, a complete and entire copy of this Patent Owner Allergan, Inc.'s Updated Mandatory Notices, Power of Attorney, and supporting exhibit were provided via electronic service, to the Petitioner by serving the correspondence address of record as follows:

Steven W. Parmelee
Michael T. Rosato
Jad A. Mills
Wendy L. Devine
Douglas H. Carsten
Wilson Sonsini Goodrich & Rosati
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
sparmelee@wsgr.com
mrosato@wsgr.com
jmills@wsgr.com
wdevine@wsgr.com
dcarsten@wsgr.com

Case No.: IPR2016-01127
Attorney Docket No.: 13351-0008IP1

Michael R. Dzwonczyk

Azy S. Kokabi

Travis B. Ribar

Shelia Blackston

Sughrue Mion, PLLC

2100 Pennsylvania Ave., NW, Suite 800

Washington, DC 20037

mdzwonczyk@sughrue.com

akokabi@sughrue.com

tribar@sughrue.com

sblackston@sughrue.com

Gary J. Speier
Mark D. Schuman
Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402

gspeier@carlsoncaspers.com

mschuman@carlsoncaspers.com

IPRCyclosporine@carlsoncaspers.com

/Jessica K. Detko/

Jessica K. Detko

Fish & Richardson P.C.

60 South Sixth Street, Suite 3200

Minneapolis, MN 55402

(612) 337-2516

# UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE PATENT TRIAL AND APPEAL BOARD

---

MYLAN PHARMACEUTICALS INC., TEVA PHARMACEUTICALS USA, INC., and AKORN INC.,[1]
Petitioners,

v.

ALLERGAN, INC.,
Patent Owner.

---

Case IPR2016-01127 (8,685,930 B2)
Case IPR2016-01128 (8,629,111 B2)
Case IPR2016-01129 (8,642,556 B2)
Case IPR2016-01130 (8,633,162 B2)
Case IPR2016-01131 (8,648,048 B2)
Case IPR2016-01132 (9,248,191 B2)

---

## PATENT OWNER SAINT REGIS MOHAWK TRIBE'S POWER OF ATTORNEY

---

[1] Cases IPR2017-00576 and IPR2017-00594, IPR2017-00578 and IPR2017- 00596, IPR2017-00579 and IPR2017-00598, IPR2017-00583 and IPR2017- 00599, IPR2017-00585 and IPR2017-00600, and IPR2017-00586 and IPR2017-00601, have respectively been joined with the captioned proceedings. The word-for-word identical paper is filed in each proceeding identified in the caption pursuant to the Board's Scheduling Order (Paper 10).

Under 37 C.F.R. § 42.10(b), Patent Owner Saint Regis Mohawk Tribe hereby appoints the following practitioners as its attorneys to prosecute its special appearance in this *Inter Partes* Review and to transact all business in the Patent and Trademark Office connected therewith:

> Alfonso Chan, Reg. No. 45,964
> Shore Chan DePumpo LLP
> 901 Main Street, Suite 3300
> Dallas, TX 75201
> Telephone: (214) 593-9110
> Email: achan@shorechan.com
> Fax: (214) 593-9111
>
> Joseph DePumpo, Reg. No. 38,124
> Shore Chan DePumpo LLP
> 901 Main Street, Suite 3300
> Dallas, TX 75201
> Telephone: (214) 593-9110
> Email: jdepumpo@shorechan.com
> Fax: (214) 593-9111

I have the authority to execute this document on behalf of Saint Regis Mohawk Tribe

By: _____

Name: Dale White_____

Title: General Counsel_____

Date: September 8, 2017_____

*EXECUTION VERSION*

### SHORT FORM PATENT ASSIGNMENT

This Patent Assignment (this "**Assignment**") is made as of September 8, 2017 (such date, the "**Effective Date**"), by and between Allergan, Inc., a Delaware corporation ("**Assignor**"), and Saint Regis Mohawk Tribe, a federally-recognized sovereign Native American Tribe ("**Assignee**").

WHEREAS, Assignor owns the patents and patent applications set forth in Attachment A (the "**Patents**");

WHEREAS, Assignor desires to assign, transfer, convey and deliver to Assignee, and Assignee wishes to acquire from Assignor, all of its right, title and interest in, to and under the Patents; and

WHEREAS, pursuant to, and upon the terms, obligations and conditions of, the Patent Assignment Agreement dated as of September 8, 2017 (the "**Long Form Agreement**"), by and between Assignor and Assignee, Assignor desires to confirm and perfect its assignment, transfer, conveyance and delivery to Assignee of all of its right, title and interest in, to and under the Patents and in, to and under the inventions represented thereby, and Assignee is desirous of confirming and perfecting the same.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto, intending to be legally bound, hereby agree as follows:

1. Assignment.  As of the Effective Date, Assignor hereby conveys, transfers, assigns and delivers to Assignee, and Assignee hereby accepts the from Assignor, all of Assignor's right, title and interest in, to and under the Patents, together with any reissues, reexamination, divisions, continuations, continuations-in-part, extensions, and renewals of such Assigned Patents already granted and which may be granted thereon. The assignment contemplated herein is meant to be an absolute assignment and not by way of security.

2. Further Assurances.  As may be necessary, Assignor shall execute, acknowledge and deliver such other instruments, documents and agreements and shall do such other things as may be reasonably necessary, proper or advisable to carry out its obligations under this Agreement and as may be reasonably necessary, proper or advisable to more completely effectuate, consummate, record, perfect or confirm the transactions contemplated hereby.

3. Recordation.  The Assignor hereby authorizes the Director of Patents and Trademarks in the United States Patent and Trademark Office to record Assignee as the assignee and owner of the Assigned Patents and to deliver to Assignee, and to Assignee's attorneys, agents, successors or assigns, all official documents and communications as may be warranted by this Assignment, including but not limited to issuing any and all Letters Patents of the United States on inventions claimed in the Patents.

4. No Other Waivers of Sovereign Immunity.  Assignee represents that it has not and will not waive its sovereign immunity or the sovereign immunity of any company, corporation, enterprise, authority, division, subdivision, branch or other agency, instrumentality or other government component of Assignee (each of the foregoing,

1

ALL 2085
MYLAN PHARMACEUTICALS V. ALLERGAN
IPR2016-01127

including Assignee, a "**Tribal Party**"), in each case, in relation to any inter partes review or any other proceeding in the United States Patent & Trademark Office or any administrative proceeding that may be filed for the purpose of invalidating or rendering unenforceable any Assigned Patents.  For purposes of this Assignment Agreement, no provision of this Assignment Agreement should be interpreted to constitute a waiver of Assignee's or any other Tribal Party's sovereign immunity as to any inter partes review or similar proceedings.

5.  General Provisions.  Assignor and Assignee each acknowledge and agree that the representations, warranties, covenants, obligations and other terms contained in the Long Form Agreement shall not be superseded hereby, but shall remain in full force and effect to the full extent provided therein.  To the extent that any provision of this Assignment is inconsistent or conflicts with the Long Form Agreement, the provisions of the Long Form Agreement shall control.  The parties may execute this Assignment in multiple counterparts, any one of which need not contain the signature of more than one party, but all such counterparts taken together shall constitute one and the same instrument. Any counterpart may be executed by facsimile or PDF signature and such facsimile or PDF signature shall be deemed an original. The terms and conditions of this Assignment shall be binding upon the parties hereto and their respective successors and assigns.  This Assignment shall be governed by and construed in accordance with the laws of the State of New York, without giving effect to the principles of conflicts of law thereof.

*[Signatures Appear On The Following Page]*

2

IN WITNESS THEREOF, Assignor and Assignee have caused their respective duly authorized officers to execute this Assignment as of the Effective Date.

**Saint Regis Mohawk Tribe**

By: _____

Name: Eric Thompson

Title: Tribal Chief

By: _____

Name: Beverly Cook

Title: Tribal Chief

By: _____

Name: Michael Conners

Title: Tribal Chief

**Allergan, Inc.**

By: _____

Name: A. Robert D. Bailey

Title:   President

*Signature Page to Short Form Patent Assignment Agreement*

3

Attachment A – The Patents

| COUNTRY | PATENT NO. | ISSUE DATE | SERIAL NO. | FILING DATE | STATUS / COMMENTS |
|---------|-----------|-----------|-----------|-----------|------------------|
| US | 5,474,979 | 12-Dec-1995 | 08/243,279 | 17-May-1994 | |
| US | 5,981,607 | 9-Nov-1999 | 09/008,924 | 20-Jan-1998 | |
| US | 6,479,458 | 12-Nov-2002 | 10/005,829 | 8-Nov-2001 | |
| US | 8,629,111 | 14-Jan-2014 | 13/967,163 | 14-Aug-2013 | |
| US | 8,633,162 | 21-Jan-2014 | 13/967,179 | 14-Aug-2013 | |
| US | 8,642,556 | 4-Feb-2014 | 13/967,189 | 14-Aug-2013 | |
| US | 8,648,048 | 11-Feb-2014 | 13/967,168 | 14-Aug-2013 | |
| US | 8,685,930 | 01-Apr-2014 | 13/961,828 | 07-Aug-2013 | |
| US | 9,248,191 | 02-Feb-2016 | 14/222,478 | 21-Mar-2014 | |
| US | - | - | 13/961,835 | 07-Aug-2013 | Abandoned |
| US | - | - | 13/961,818 | 07-Aug-2013 | Abandoned |
| US | - | - | 13/961,808 | 07-Aug-2013 | Abandoned |
| US | 8,618,064 | 31-Dec-2013 | 11/897,177 | 28-Aug-2007 | |
| US | - | - | 15/585,320 | 3-May-2017 | Pending |
| US | - | - | 15/011,159 | 29-Jan-2016 | Abandoned |
| US | - | - | 60/503,137 | 15-Sep-2003 | Lapsed Provisional |
| US | - | - | 10/927,857 | 27-Aug-2004 | Abandoned |
| US | 7,135,455 | 14-Nov-2006 | 10/990,054 | 15-Nov-2004 | |
| US | 7,368,426 | 6-May-2008 | 11/429,050 | 5-May-2006 | |
| US | - | - | 11/998,505 | 30-Nov-2007 | Abandoned |
| US | - | - | 12/506,612 | 21-Jul-2009 | Abandoned |
| US | 7,151,085 | | 10/990,055 | 15-Nov-2004 | |
| US | 7,902,155 | | 11/479,741 | 30-Jun-2006 | |
| US | | | 11/479,481 | 30-Jun-2006 | |
| US | - | - | 11/181,509 | 13-Jul-2005 | Abandoned |
| US | 8,288,348 | 16-Oct-2012 | 11/917,448 | 13-Dec-2007 | |
| US | - | - | 13/649,287 | 11-Oct-2012 | Abandoned |
| US | 7,276,476 | 2-Oct-2007 | 11/181,187 | 13-Jul-2005 | |
| US | - | - | 11/181,409 | 13-Jul-2005 | Abandoned |
| US | 7,288,520 | 30-Oct-2007 | 11/255,821 | 19-Oct-2005 | |
| US | 8,563,518 | 22-Oct-2013 | 13/536,479 | 28-Jun-2012 | |
| US | 9,101,574 | 11-Aug-2015 | 11/181,409 | 13-Jul-2005 | |
| US | - | - | 14/822,682 | 10-Aug-2015 | Pending |
| US | 8,211,855 | 3-Jul-2012 | 11/857,223 | 18-Sep-2007 | |

*Attachment A to Short Form Patent Assignment Agreement*

| Country | Patent No. | Issue Date | Serial No. | Filing Date | Status / Comments |
|---|---|---|---|---|---|
| US | 7,297,679 | 20-Nov-2007 | 11/181,178 | 13-Jul-2005 | |
| US | 8,575,108 | 5-Nov-2013 | 11/940,652 | 15-Nov-2007 | |
| US | 8,969,307 | 3-Mar-2015 | 14/071,427 | 4-Nov-2013 | |
| US | - | - | 14/635,648 | 2-Mar-2015 | Pending |
| US | 7,202,209 | 10-Apr-2007 | 11/181,428 | 13-Jul-2005 | |
| US | 8,536,134 | 17-Sep-2013 | 11/679,934 | 28-Feb-2007 | |
| US | 8,969,306 | 3-Mar-2015 | 14/027,006 | 13-Sep-2013 | |
| US | - | - | 14/635,734 | 2-Mar-2015 | Pending |
| US | 7,501,393 | 10-Mar-2009 | 11/161,218 | 27-Jul-2005 | |
| US | 8,906,861 | 9-Dec-2014 | 12/361,335 | 28-Jan-2009 | |
| US | 7,745,400 | 29-Jun-2010 | 11/548,631 | 11-Oct-2006 | |
| US | - | - | 13/966,744 | 14-Aug-2013 | Abandoned |
| US | - | - | 13/966,770 | 14-Aug-2013 | Abandoned |
| US | - | - | 13/966,849 | 14-Aug-2013 | Abandoned |
| US | - | - | 13/966,888 | 14-Aug-2013 | Abandoned |
| US | - | - | 13/966,925 | 14-Aug-2013 | Abandoned |
| US | - | - | 13/957,722 | 2-Aug-2013 | Abandoned |
| US | - | - | 13/957,772 | 2-Aug-2013 | Abandoned |
| US | - | - | 13/957,796 | 2-Aug-2013 | Abandoned |
| US | - | - | 13/957,858 | 2-Aug-2013 | Pending |
| US | - | - | 13/957,886 | 2-Aug-2013 | Abandoned |
| US | 8,501,174 | 6-Aug-2013 | 12/825,116 | 28-Jun-2010 | |
| US | - | - | 60/596,709 | 14-Oct-2005 | Lapsed Provisional |
| US | 7,557,082 | 7-Jul-2009 | 11/681,152 | 1-Mar-2007 | |
| US | 8,207,129 | 26-Jun-2012 | 12/497,886 | 6-Jul-2009 | |
| US | - | - | 60/779,120 | 3-Mar-2006 | Lapsed Provisional |
| US | 9,561,178 | 7-Feb-2017 | 11/781,095 | 20-Jul-2007 | |
| US | - | - | 11/858,200 | 20-Sep-2007 | Abandoned |
| US | - | - | 12/035,698 | 22-Feb-2008 | Abandoned |
| US | - | - | 15/425,836 | 6-Feb-2017 | Pending |
| US | - | - | 60/820,239 | 25-Jul-2006 | Lapsed Provisional |
| US | - | - | 60/829,796 | 17-Oct-2006 | Lapsed Provisional |
| US | - | - | 12/759,431 | 13-Apr-2010 | Pending |
| US | - | - | 14/491,907 | 19-Sep-2014 | Abandoned |
| US | - | - | 61/169,196 | 14-Apr-2009 | Lapsed Provisional |
| US | - | - | 12/771,952 | 30-Apr-2010 | Abandoned |
| US | - | - | 14/837,733 | 27-Aug-2015 | Pending |

*Attachment A to Short Form Patent Assignment Agreement*

| COUNTRY | PATENT NO. | ISSUE DATE | SERIAL NO. | FILING DATE | STATUS / COMMENTS |
|---------|-----------|-----------|-----------|------------|-------------------|
| US | - | - | 61/174,824 | 1-May-2009 | Lapsed Provisional |
| US | - | - | 61/347,851 | 25-May-2010 | Lapsed Provisional |
| US | - | - | 13/115,764 | 25-May-2011 | Abandoned |
| US | - | - | 14/524,955 | 27-Oct-2014 | Pending |
| US | - | - | 13/969,468 | 16-Aug-2013 | Abandoned |
| US | - | - | 14/253,965 | 16-Apr-2014 | Abandoned |
| US | - | - | 15/051,155 | 23-Feb-2016 | Pending |
| US | - | - | 13/969,443 | 16-Aug-2013 | Abandoned |
| US | - | - | 14/253,137 | 15-Apr-2014 | Abandoned |
| US | - | - | 15/055,293 | 26-Feb-2016 | Pending |

*Attachment A to Short Form Patent Assignment Agreement*