# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ALLERGAN, INC.,**<br><br>    **Plaintiff,**<br> v.<br><br>**TEVA PHARMACEUTICALS USA, INC.,** *et al.*<br><br>    **Defendants.** | **Civil Action No. 2:15-cv-01455-WCB**<br>**LEAD CASE** |

## DEFENDANTS' NOTICE OF CORRESPONDENCE TO COURT

Defendants submit the attached correspondence to the Honorable William C. Bryson in response to the correspondence submitted by counsel for Allergan, Susan E. Morrison on September 8, 2017.

              Respectfully submitted,

              */s/ E. Glenn Thames, Jr.*
              Michael R. Dzwonczyk
              Mark Boland
              Azy S. Kokabi
              Aiyda Ghahramani Cobb
              Benjamin M Cappel
              SUGHRUE MION, PLLC
              2100 Pennsylvania Ave., N.W.
              Washington, DC 20037
              Phone: 202-293-7060
              mdzwonczyk@sughrue.com
              mboland@sughrue.com
              akokabi@sughrue.com
              acobb@sughrue.com
              bcappel@sughrue.com

| | |
|---|---|
| Sailesh K. Patel<br>Thomas A. Rammer<br>Matthew B. Mock<br>SCHIFF HARDIN LLP<br>233 S. Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone: 312-258-5500<br>Facsimile: 312-258-5600<br>spatel@schiffhardin.com<br>trammer@schiffhardin.com<br>mmock@schiffhardin.com<br><br>John K. Hsu<br>SCHIFF HARDIN LLP<br>901 K Street NW, Suite 700<br>Washington, DC 20001<br>Telephone: 202-778-6467<br>Facsimile: 202-778-6460<br>jhsu@schiffhardin.com<br><br>George Chih-Lun Yu<br>SCHIFF HARDIN LLP<br>One Market, Spear Street Tower<br>Suite 3200<br>San Francisco, CA 94105<br>Tel: 415-901-8700<br>gyu@schiffhardin.com<br><br>E. Glenn Thames, Jr.<br>Texas State Bar No. 00785097<br>glennthames@potterminton.com<br>POTTER MINTON<br>A PROFESSIONAL CORPORATION<br>110 N. College Avenue, Suite 500<br>Tyler, TX 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br><br>***Counsel for Akorn, Inc.*** | */s/ J.C. Rozendaal*<br>*(by E. Glenn Thames, Jr., with permission)*<br>J.C. Rozendaal *(pro hac vice)*<br>Michael Joffre *(pro hac vice)*<br>R. Wilson Powers, III *(pro hac vice)*<br>Pauline M. Pelletier *(pro hac vice)*<br>William H. Milliken (*pro hac vice*)<br>Byron L. Pickard<br>STERNE, KESSLER, GOLDSTEIN & FOX, PLLC<br>1100 New York Ave. NW<br>Washington, DC 20005<br>Telephone: (202) 371-2600<br>Facsimile: (202) 371-2540<br>jcrozendaal@skgf.com<br>mjoffre@skgf.com<br>tpowers@skgf.com<br>ppelletier@skgf.com<br>wmilliken@skgf.com<br>bpickard@skgf.com<br><br>Louis B. ("Brady") Paddock<br>Texas Bar No. 00791394<br>NIX, PATTERSON & ROACH, L.L.P.<br>2900 St. Michael Drive, Ste. 500<br>Texarkana, TX 75503<br>Telephone: (903) 223-3999<br>Facsimile: (903) 223-8520<br>bpaddock@nixlawfirm.com<br><br>***Counsel for Teva Pharmaceuticals USA, Inc.*** |

/s/ Douglas Carsten
*(by E. Glenn Thames, Jr., with permission)*
Douglas Carsten
Email: dcarsten@wsgr.com
Wendy Devine
Email: wdevine@wsgr.com
Christina Dashe
Email: cdashe@wsgr.com
Alina L. Litoshyk
Email: alitoshyk@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real, Suite 200
San Diego, CA 92130-3002
Telephone: (858) 350-2300
Facsimile: (858) 350-2399

Anna G. Phillips
Email: anphillips@wsgr.com
TX Bar No. 24090329
WILSON SONSINI GOODRICH & ROSATI
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78746-5546
Telephone: (512) 338-5400
Facsimile: (512) 338-5499

Melissa Smith
Allen F. Gardner
GILLAM & SMITH LLP
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com
allen@gillamsmithlaw.com

**Counsel for Mylan Pharmaceuticals Inc. and Mylan Inc.**

/s/ Stephen R. Smerek
*(by E. Glenn Thames, Jr., with permission)*
Charles B. Klein
(DC Bar No. 450984)
WINSTON & STRAWN, LLP
cklein@winston.com
1700 K. Street, NW
Washington, DC 20006
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

Stephen R. Smerek
(California Bar No. 208343)
ssmerek@winston.com
Jason C. Hamilton
(California Bar No. 267968)
jhamilton@winston.com
Shilpa Coorg
(California Bar No. 278034)
scoorg@winston.com
WINSTON & STRAWN, LLP
333 South Grand Avenue, 38th Floor
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Deron R. Dacus
(Texas Bar No. 00790553)
ddacus@dacusfirm.com
Peter Kerr
(Texas Bar No. 24076478)
pkerr@dacusfirm.com
THE DACUS FIRM, PC
821 ESE Loop 323
Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

**Counsel for InnoPharma, Inc.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV- 5(a)(3) on September 14, 2017.

                                            */s/ E. Glenn Thames, Jr.*
                                            E. Glenn Thames, Jr.