AO 187 (Rev. 7/87) Exhibit and Witness List"

## UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Texas

ALLERGAN, INC.  
vs.  
TEVA PHARMACEUTICALS USA, INC., ET AL

**EXHIBIT AND WITNESS LIST**

CASE NO. 2:15cv1455

| PRESIDING JUDGE<br>William C. Bryson | PLAINTIFF'S ATTORNEY<br>J. Singer, J. Brooks, C. Henry, S. Morrison, N. Fiorella | DEFENDANT'S ATTORNEY<br>J.C. Rosendaal, M. Joffre, D. Carston, S. Smerek, D. Dzwonczyk |
|---|---|---|
| Trial Date(s)<br>8/28/17 - 9/1/17 | COURT REPORTER<br>Shelly Holmes | COURTROOM DEPUTY<br>Jill Veazey |

| PLTF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **PLAINTIFF WITNESSES:** |
| 1 | | 8/28/17 | | | Rhett Schiffman, M.D. |
| 2 | | | | | Orest Olejnik, Ph.D |
| 3 | | | | | Shulin Ding, Ph.D. **(VIA VIDEO DEPOSITION)** |
| 4 | | | | | Brenda Reis, Ph.D. |
| 5 | | | | | Diane Tang-Liu, Ph.D. |
| 6 | | | | | Andrew Acheampong, Ph.D. **(VIA VIDEO DEPOSITION)** |
| 7 | | | | | Dave Power **(VIA VIDEO DEPOSITION)** |
| 8 | | 8/29/17 | | | Cory Wohlbach **(VIA VIDEO DEPOSITION)** |
| 9 | | | | | Kevin Hawkins **(VIA VIDEO DEPOSITION)** |
| 10 | | | | | Caroline Hill **(VIA VIDEO DEPOSITION)** |
| 11 | | | | | Manoj Pananchukunnath **(VIA VIDEO DEPOSITION)** |
| 12 | | | | | Joseph Sobecki **(VIA VIDEO DEPOSITION)** |
| 13 | | | | | Sasank Kunadharaju, Ph.D. **(VIA VIDEO DEPOSITION)** |
| 14 | | | | | Jennifer Bowles **(VIA VIDEO DEPOSITION)** |
| 15 | | | | | Subrahmanyam Boddapati, Ph.D. **(VIA VIDEO DEPOSITION)** |
| 16 | | | | | Biswajit Pati, Ph.D. **(VIA VIDEO DEPOSITION)** |
| 17 | | | | | Nicholas Fleischer **(VIA VIDEO DEPOSITION)** |
| 18 | | | | | Robert J. Noecker, M.D. |

| | | | | | |
|---|---|---|---|---|---|
| 19 | | 8/30/17 | | | Thorsteinn Loftsson, Ph.D.   **(RESPONSIVE)** |
| 20 | | | | | David LeCause   **(RESPONSIVE)** |
| 21 | | 8/31/17 | | | Robert S. Maness, Ph.D.   **(RESPONSIVE)** |
| 22 | | | | | Henry D. Perry, Ph.D.   **(RESPONSIVE)** |
| | | | | | |
| | | | | | |